SHEHAN *et al. v.* HOFMAYER DRY GOODS COMPANY *et al.*

GILBERT, J. The evidence was insufficient to support the verdict, and the court erred in refusing to grant a new trial.

*Judgment reversed. Russell, C. J., Beck, P. J., and Atkinson and Hill, JJ., concur.*

No. 9050. JUNE, 16, 1932.

*R. I. Stephens* and *L. F. Watson,* for plaintiff in error.
*C. C. Crockett,* contra.